# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PONTIUS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>INTERNAL REVENUE SERVICE, et al.,<br><br>　　　　Respondents. | Case No.  1:13-mc-00056-AWI-SAB<br><br>ORDER VACATING FEBRUARY 19, 2014 HEARING |

　　　　Petitioner David Pontius filed a petition to quash Internal Revenue Service ("IRS") summonses on November 14, 2013.  (ECF No. 1.)  On December 18, 2013, Respondent filed a motion to continue the hearing on the petition to quash.  (ECF No. 7.)  The motion to continue the hearing was granted; and the hearing on the petition to quash was set for February 19, 2014 at 10:00 a.m. before the undersigned.  (ECF No. 8.)  On January 8, 2014 an opposition to the petition was filed.  (ECF No. 12.)  Plaintiff filed a reply on January 27, 2014.  (ECF No. 14.)

　　　　The Court, having reviewed the record, finds this matter suitable for decision without oral argument.  See Local Rule 230(g).  Accordingly, the previously scheduled hearing set on February 19, 2014, will be vacated and the parties will not be required to appear at that time.

IT IS SO ORDERED.

　Dated:　**January 29, 2014**

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1