# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PONTIUS,<br><br>    Petitioner,<br><br>    v.<br><br>INTERNAL REVENUE SERVICE, et al.,<br><br>    Respondents. | Case No.  1:13-mc-00056-AWI-SAB<br><br>ORDER DENYING PETITIONER'S MOTION FOR HEARING<br><br>(ECF No. 17) |

    Petitioner filed a motion to quash an Internal Revenue Service summons on November 14, 2013. (ECF No. 1.)  The parties have briefed the issues and the Court issued an order vacating the hearing on Petitioner's motion finding that the hearing was unnecessary. (ECF No. 15.)  On February 13, 2014, Petitioner filed a motion for a hearing, contending that respondents are lying to the Court, and requests that the hearing be rescheduled. (ECF No. 17.)

    As the Court found in the prior order, the legal issues to be decided are appropriate for decision without a hearing.  Accordingly, Petitioner's motion to schedule a hearing is HEREBY DENIED.

IT IS SO ORDERED.

Dated:  **February 18, 2014**

UNITED STATES MAGISTRATE JUDGE